IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY HAYES**                                                                                           **PETITIONER**
**ADC #141600**

v.                                              Case No. 4:24-cv-00844 KGB

**DEXTER PAYNE, Director of the Arkansas**
**Division of Correction**                                                                                **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 6). Although the Court granted petitioner Jeffrey Hayes an extension of time to object to Judge Moore's Recommendation, Mr. Hayes did not object to the Recommendation; the extended time for objecting has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 14). The Court dismisses without prejudice Mr. Hayes's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1). The Court denies Mr. Hayes's request to convert his case to one brought under 42 U.S.C. § 1983. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court denies a certificate of appealability. 28 U.S.C. § 2253(c)(2).

It is so ordered this 16th day of July, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Court Judge